UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. LAUGHLIN and JODI MARIE DARNLEY, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NVR, INC. and NVR MORTGAGE FINANCE, INC.,<br><br>Defendants. | Civil Action Number 07-0494<br><br>STIPULATION AND ORDER FOR DISMISSAL |

## STIPULATION

Plaintiffs William J. Laughlin and Jodi Marie Darnley, and Defendants NVR, Inc. and NVR Mortgage Finance, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

1. This action should be dismissed in its entirety, each party to bear its own fees, costs, and expenses.

2. The claims of Plaintiffs William J. Laughlin and Jodi Marie Darnley should be dismissed with prejudice.

3. The claims of putative class members should be dismissed without prejudice.

4. The Court may enter its Order for dismissal in the form herein without further notice to any party.

CHGO1\31141287.3

<div style="columns:2">

January 29, 2008

**CARLSON, LYNCH, LTD**

By: _s/ R. Bruce Carlson_
   R. Bruce Carlson
   PA56657
   bcarlson@carlsonlynch.com
231 Melville Lane
P.O. Box 367
Sewickley, PA 15143
Phone: 412-749-1677
Fax: 412-749-1686

**ATTORNEYS FOR PLAINTIFFS**

January 29, 2008

**DLA PIPER US LLP**

By: _s/ Robert J. Pratte_
   Robert J. Pratte
   (Admitted Pro Hac Vice)
   Robert.pratte@dlapiper.com
90 South Seventh Street
Suite 5100
Minneapolis, MN 55402
Phone: 612-524-3030
Fax: 612-524-3070

**BRIGGS AND MORGAN, P.A.**
   Brent R. Lindahl
   (Admitted Pro Hac Vice)
   blindahl@briggs.com
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157
Phone: 612-977-8400
Fax: 612-977-8650

**KIRKPATRICK & LOCKHART**
  **PRESTON GATES ELLIS LLP**
Thomas E. Birsic
   PA31092
   Thomas.Birsic@klgates.com
Emily B. Thomas
   PA203454
   Emily.Thomas@klgates.com
Henry W. Oliver Bldg.
535 Smithfield Street
Pittsburgh, PA, 15222-2312
Phone: (412) 355-6500
Fax: (412) 355-6501

**ATTORNEYS FOR DEFENDANTS**

</div>

## ORDER

This matter is before the undersigned upon the foregoing Stipulation among the parties. Based upon said Stipulation and upon the files, records, and proceedings herein, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that

1. This action is dismissed in its entirety, each party to bear its own fees, costs, and expenses.

2. The claims of Plaintiffs William J. Laughlin and Jodi Marie Darnley against Defendant NVR, Inc. and Defendant NVR Mortgage Finance, Inc., are hereby dismissed with prejudice.

3. The claims of putative class members against Defendant NVR, Inc. and Defendant NVR Mortgage Finance, Inc., are hereby dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____          _____
                                        The Honorable Gary L. Lancaster
                                        United States District Court Judge