UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. LAUGHLIN and JODI MARIE DARNLEY, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NVR, INC. and NVR MORTGAGE FINANCE, INC.,<br><br>Defendants. | Civil Action Number 07-0494 |

## ORDER

This matter is before the undersigned upon the foregoing Stipulation among the parties. Based upon said Stipulation and upon the files, records, and proceedings herein, the Court being fully advised in the premises,

IT IS HEREBY ORDERED that

1. This action is dismissed in its entirety, each party to bear its own fees, costs, and expenses.

2. The claims of Plaintiffs William J. Laughlin and Jodi Marie Darnley against Defendant NVR, Inc. and Defendant NVR Mortgage Finance, Inc., are hereby dismissed with prejudice.

3. The claims of putative class members against Defendant NVR, Inc. and Defendant NVR Mortgage Finance, Inc., are hereby dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: 1/29/08

The Honorable Gary L. Lancaster
United States District Court Judge